# MILLER LAW
Legal Consulting and Representation

www.millerlaw.nyc

Meredith R. Miller, Esq.

Miller Law, PLLC
167 Madison Avenue, Suite 503
New York, NY 10016

Tel: (347) 878-2587
Fax: (866) 495-6719
meredith@millerlaw.nyc

February 23, 2024

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

**MEMO ENDORSED**

Re:   *Martinez v. Finger Management Corp. et al.*
      Case No. 23 Civ. 5901 (JPO) (KHP)

Dear Judge Parker:

We are co-counsel to Plaintiff in the above-referenced matter, which involves wage claims under the Fair Labor Standards Act and New York Labor Law. Pursuant to Your Honor's Individual Rule (I)(c), we respectfully request that the Court adjourn the conference scheduled for Monday, March 4, 2024 (dkt. #54) because Plaintiff's counsel will be out of town on that day to assist a family member with a serious medical issue.

This is the first request for adjournment of the conference, and all parties consent to the request. We also request that the deadline to submit the joint status letter be concomitantly adjourned to one week prior to the rescheduled conference date.

To facilitate the Court in its accommodation of this request, the parties have conferred, and all counsel are available on March 18, 2024 or after 2pm on March 25, 2024, though, we will, of course, to the extent possible, eliminate any conflicts so that we can be available at the Court's convenience.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Meredith R. Miller
Meredith R. Miller

cc: All counsel via ECF

---

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for Monday, March 4, 2024 at 2:30 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Monday, March 25, 2024 at 3:00 p.m.</u>
<u>Joint letter due by March 18, 2024.</u>

APPLICATION GRANTED

/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
02/26/2024