**Rapaport Law Firm, PLLC** | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

November 13, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2024

**BY ECF**

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Settlement Conference scheduled for 11/19/2024 is hereby adjourned sine die. The parties are directed to the settlement agreement to the court by 12/05/2024.
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 11/13/2024

Re:   Martinez *et al.* v. Finger Management Corp. *et al.*
       Case No. 23-cv-05901 (JPO) (KHP)

Dear Judge Parker:

We represent named plaintiff Carlos Jose Martinez and opt-in plaintiff Renard Boykin (collectively, "Plaintiffs"), in the above-referenced matter, which involves wage claims under the Fair Labor Standards Act and New York Labor Law.

We write on behalf of all parties to inform the Court that the parties have reached a settlement in principle. The parties respectfully request that the Court set a deadline of December 5, 2024, for the parties to submit a joint application for approval of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015). In light of the foregoing, the parties also jointly request that the settlement conference that is currently scheduled for November 19, 2024 (ECF No. 76), be adjourned *sin die*.

We appreciate the Court's attention to this request.

Respectfully yours,

*Marc A. Rapaport*

Marc A. Rapaport

Cc: All counsel of record via ECF