USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARLOS JOSE MARTNEZ, individually and
on behalf of himself all other persons
similarly situated,

                Plaintiff,

      -against-

FINGER MANAGEMENT CORP., et al.,

                Defendants.
-----------------------------------------------------------------X

**23-CV-5901 (JPO) (KHP)**

**ORDER CONVERTING CASE MANAGEMENT CONFERENCE TO TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The case management conference in this matter scheduled for **Thursday, January 2, 2025 at 12:00 p.m.** is hereby converted to a telephonic proceeding. At the scheduled time, the parties shall dial **(646)-453-4442, conference ID: 591 851 335#.**

        SO ORDERED.

DATED:    New York, New York
              December 30, 2024

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge