**Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT**

do_not_reply@psc.uscourts.gov

Mon 7/10/2023 6:00 PM

To:Marc Rapaport <mrapaport@rapaportlaw.com>

> **Caution**: External (do_not_reply@psc.uscourts.gov)
>
> Sensitive Content   Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

  Account Number: 2880559
  Court: NEW YORK SOUTHERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: ANYSDC-27980145
  Approval Code: 065953
  Card Number: ************
  Date/Time: 07/10/2023 05:59:52 ET

NOTE: This is an automated message. Please do not reply

Transaction Receipt from UNDISPUTED LEGAL INC for $116.00 (USD)

Auto-Receipt <noreply@mail.authorize.net>
Fri 1/26/2024 11:51 AM
To:Karina Gulfo <kgulfo@rapaportlaw.com>

**Caution**: External (noreply@mail.authorize.net)

Sensitive Content, First-Time Sender   Details

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

## Order Information
| | |
|---|---|
| Description: | Express Pay |
| Invoice Number | 65b3e2d386981 |
| Customer ID | guest_1706287827 |

**Billing Information**                **Shipping Information**
Rapaport Law Firm
Rapaport Law Firm
80 eighth ave
New York, ny 10011
United States
kgulfo@rapaportlaw.com
2123821600

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|---|
| 1 | Express Pay Amount | | 1 | N | $116.00 (USD) | $116.00 (USD) |

**Total: $116.00 (USD)**

## Payment Information
| | |
|---|---|
| Date/Time: | 26-Jan-2024 11:50:28 EST |
| Transaction ID: | 120249008584 |
| Payment Method: | Visa xxxx████ |
| Transaction Type: | Purchase |
| Auth Code: | 005028 |

## Merchant Contact Information
UNDISPUTED LEGAL INC
NEW YORK, NY 10022
US
brianricks@undisputedlegal.com

Successful Payment to Undisputed Legal Inc

Undisputed Legal Inc <mailer@omnimailer.co>
via mandrillapp.com
Wed 4/17/2024 12:58 PM
To: Marc Rapaport <mrapaport@rapaportlaw.com>

External (mailer@omnimailer.co)

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY





**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 9172784
Issued:   Jul 11, 2023



**Rapaport Law Firm PLLC**

One Penn Plaza Suite 2430
New York, NY 10119

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 23-cv-05901 | Plaintiff / Petitioner: | CARLOS JOSE MARTINEZ, individually and on behalf of all others similarly situated, |
|---|---|---|---|
| Job: | 9172784 | Defendant / Respondent: | FINGER MANAGEMENT CORP., PARKVIEW APARTMENTS, LLC, JOHN VOLANDES, and PETER VOLANDES, |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ROUTINE | John Volandes | $100.00 | 1 | $100.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jul 11, 2023 | | ($100.00) |

| | | |
|---|---|---|
| Thanks for your business. Please pay the "Balance Due" within 10 days. | Total: | $100.00 |
| | Amount Paid: | ($100.00) |
| | **Balance Due:** | **$0.00** |

Undisputed Legal Inc.  •  590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001  •  Email: info@undisputedlegal.com  •  Visit: undisputedlegal.com

**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 9172797
Issued: Jul 11, 2023

**Rapaport Law Firm PLLC**

One Penn Plaza Suite 2430
New York, NY 10119

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 23-cv-05901 | Plaintiff / Petitioner: | CARLOS JOSE MARTINEZ, individually and on behalf of all others similarly situated, |
|---|---|---|---|
| Job: | 9172797 | Defendant / Respondent: | FINGER MANAGEMENT CORP., PARKVIEW APARTMENTS, LLC, JOHN VOLANDES, and PETER VOLANDES, |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| DISCOUNT RATE | Peter Volandes | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jul 11, 2023 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $50.00
Amount Paid: ($50.00)
**Balance Due:** **$0.00**

Undisputed Legal Inc. • 590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

5443047
UNDISPUTED LEGAL INC
590 MADISON AVENUE, 21 FL.
NEW YORK, NY 10022
212-203-8001

Term ID: 002

## Sale - Approved

| | | |
|---|---|---|
| Date | 07/11/23 | Time 18:08:46 |
| Method of Payment | Visa | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXXX■■■■ | |

| | |
|---|---|
| Order ID | MARC RAPAPORT |
| Order Description: | SOP ROUTINE JOHN & PETER VOLANDES, PARKVIEW APT & FINGER MANAGEMENT |
| Approval Code | 070847 |
| **Amount** | **$450.00** |

Customer Copy

**Veritext, LLC - Northeast Region**

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Marc Rapaport Esq<br>Rapaport Law Firm PLLC<br>80 Eighth Avenue<br>Suite 206<br>New York, NY, 10011 | **Invoice #:** | 7224844 |
|---|---|---|---|
| | | **Invoice Date:** | 3/1/2024 |
| | | **Balance Due:** | $2,749.52 |

| Case: Martinez, Carlos Jose v. Finger Management21w (23cv05901(JPO)(KHP)) | Proceeding Type: Depositions |
|---|---|

Job #: 6436676    |    Job Date: 2/15/2024  |   Delivery: Normal

Location:            New York, NY

Billing Atty:         Marc Rapaport Esq

Scheduling Atty:   Marc Rapaport Esq | Rapaport Law Firm PLLC

| Witness: Santiago Smith | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 307.00 | $5.70 | $1,749.90 |
| Attendance - Full Day | 1.00 | $220.00 | $220.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 116.00 | $0.70 | $81.20 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $91.00 | $91.00 |
| Logistics & Processing | 1.00 | $25.00 | $25.00 |
| Conference Suite & Amenities | 1.00 | $225.00 | $225.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | $2,587.10 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $162.42 |
| **Balance Due:** | $2,749.52 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 135 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:** 7224844<br>**Invoice Date:** 3/1/2024<br>**Balance Due:** $2,749.52 |
|---|---|---|

Pay by Credit Card: www.veritext.com

B420240713

**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 10320262
Issued: Jan 16, 2024

**Rapaport Law Firm PLLC**

80 Eighth Ave Suite 206
New York, NY 10011

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 23-CV-05901 | Plaintiff / Petitioner: | Carlos Jose Martinez |
|---|---|---|---|
| Job: | 10320262 | Defendant / Respondent: | Finger Management Corp; et al. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Routine | Jovan Irving | $100.00 | 1 | $100.00 |
| fee | Jovan Irving | $61.00 | 1 | $61.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jan 16, 2024 | | ($161.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $161.00
Amount Paid: ($161.00)
**Balance Due: $0.00**

Undisputed Legal Inc. • 590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

| Order Information | |
|---|---|
| Description: | Goods or Services |
| Invoice Number | 367677 |
| Customer ID | 65d676c37ea97 |

**Billing Information**
Marc Rapaport
80 Eighth Ave
New York, NY 10011
US
mrapaport@rapaportlaw.com

**Shipping Information**

Tax: $0.00 (USD)
**Total: $285.00 (USD)**

| Payment Information | |
|---|---|
| Date/Time: | 21-Feb-2024 14:18:43 PST |
| Transaction ID: | 120291040651 |
| Payment Method: | Visa xxxx2234 |
| Transaction Type: | Purchase |
| Auth Code: | 061844 |

| Merchant Contact Information |
|---|
THE SPANISH GROUP LLC
IRVINE, CA 92614
US
billing@thespanishgroup.org

# INVOICE

**Amount Due (USD)**
**$0.00**

BILL TO
**Miller Law PLLC**
Meredith Miller

347-878-2587
Meredith@millerlaw.nyc

**Invoice Number:** 325
**Invoice Date:** November 21, 2023
**Payment Due:** November 21, 2023

| ITEMS | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|
| **23-cv-05901**<br>Martinez v. Finger Management Corp. et al | 32 | $6.55 | $209.60 |
| **Credit Card Fee**<br>Credit Card Fee. If paying via Zelle, please subtract this from your total amount. | 1 | $10.48 | $10.48 |

| | |
|---|---|
| Subtotal: | $220.08 |
| Total: | $220.08 |
| Payment on November 21, 2023 using [American Express] ending in ▮▮▮▮ | $220.08 |
| **Amount Due (USD):** | **$0.00** |

**Notes / Terms**
Payment can be made via Zelle to marissamignano@gmail.com

**Marissa Mignano**
215 Johnson Avenue
Islandia, New York 11749
United States

**Contact Information**
6318139335